# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | |
| Plaintiffs, | CIVIL ACTION NO.: 4:18-cv-128 |
| v. | |
| GENESIS VASCULAR OF POOLER, LLC, et al., | |
| Defendants. | |

**O R D E R**

On January 4, 2021, Defendant Genesis Vascular of Pooler, LLC, filed a voluntary petition in the United States Bankruptcy Court for the Southern District of Georgia. See In re Genesis Vascular of Pooler, LLC, 21-40001 (Bankr. S.D. filed Jan. 4, 2021).  Pursuant to 11 U.S.C. § 362, proceedings before this Court must be stayed until the Bankruptcy Court grants relief from the stay, closes the bankruptcy case, or dismisses the bankruptcy petition.  Accordingly, this case is hereby **STAYED** until further notice.  The parties shall immediately notify the Court should the Bankruptcy Court grant relief from the stay, close the case, or dismiss Defendant's petition.

**SO ORDERED**, this 27th day of January, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA