IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. E. JERRY COHN, JR., M.D. and SHARON BELL; and STATE OF GEORGIA, ex rel. E. JERRY COHN, JR., M.D. and SHARON BELL,<br><br>Plaintiffs,<br><br>v.<br><br>GENESIS GLOBAL HEALTHCARE, et al.,<br><br>Defendants. | CIVIL ACTION NO.: 4:18-cv-128 |

**O R D E R**

When Plaintiffs filed their original Complaint initiating this action, they named Brian Moogerfield as a Defendant and asserted claims against him.[1] (Doc. 3.) Plaintiffs have since made multiple amendments to their Complaint and appeared, through those amendments, to have abandoned their claims against Moogerfield. (See docs. 32, 131.) In a May 25, 2023, Order, the Court directed Plaintiffs to clarify the status of the claims against Moogerfield. (Doc. 213, p. 2.) Plaintiffs have since made a filing stating that they "are not pursuing any claims against Brian Moogerfield and he is no longer a Defendant in this action." (Doc. 214.) Accordingly, the Court exercises its discretion pursuant to Federal Rule of Civil Procedure 21, and **DISMISSES** Brian

---

[1] Moogerfield has never appeared in this case, much less filed an answer or a motion for summary judgment.

Moogerfield without prejudice, and **DIRECTS** the Clerk of Court to update the docket accordingly.

    **SO ORDERED**, this 12th day of June, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA