IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. E. JERRY COHN, JR., M.D., and SHARON BELL, and<br><br>STATE OF GEORGIA, ex rel. E. JERRY COHN, JR., M.D., and SHARON BELL,<br><br>   Plaintiffs,<br><br>   v.<br><br>GENESIS GLOBAL HEATHCARE, et al.,<br><br>   Defendants. | CIVIL ACTION NO.: 4:18-cv-128 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's September 22, 2023, Report and Recommendation, (doc. 253), to which no party has filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 253.) For the reasons discussed by the Magistrate Judge, Defendants Dr. Howard Gale and Dr. Todd Becker's Motion for Leave to File Amended Answer and Affirmative Defenses is **DENIED**. (Doc. 252.)

**SO ORDERED**, this 20th day of October, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA