# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> *ex rel.* E. JERRY COHN, JR., M.D. ) <br> and SHARON BELL, ) <br> ) <br> STATE OF GEORGIA, *ex rel.* ) <br> E. JERRY COHN, JR., M.D. ) <br> and SHARON BELL, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GENESIS GLOBAL ) <br> HEALTHCARE, *et al.*, ) <br> ) <br>     Defendants. ) | CV418-128 |

## **ORDER**

In its initial Scheduling Order, the Court provided the parties with "generous deadlines," doc. 188 at 3, and has since extended those deadlines, *see* docs. 204, 210, 234, 259, 278. Given the lengthy discovery period, the Court requires the parties to file periodic joint discovery status reports and participate in discovery teleconferences to keep the Court apprised of their discovery efforts. Doc. 278 at 1-2. The parties' next Joint Discovery Status Report is due April 3, 2024. *Id.* at 2. A discovery conference is scheduled for April 5, 2024. *Id.*; *see also* doc. 280

(Notice of Hearing). For statistical purposes only, this case is **STAYED** pending the upcoming discovery conference. The parties are not precluded from continuing to litigate this case, including engaging in motions practice and conducting discovery, during this brief administrative stay. The Clerk is **DIRECTED** to lift the stay on April 5, 2024.

    **SO ORDERED,** this 26th day of March, 2024.

                                        _____
                                        CHRISTOPHER L. RAY
                                        UNITED STATES MAGISTRATE JUDGE
                                        SOUTHERN DISTRICT OF GEORGIA