**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ) <br> E. JERRY COHN, JR., M.D., and ) <br> SHARON BELL, ) <br> ) <br> STATE OF GEORGIA, *ex rel.* ) <br> E. JERRY COHN, JR., M.D., and ) <br> SHARON BELL, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GENESIS GLOBAL HEALTHCARE, *et al.*, ) <br> ) <br>     Defendants. ) | Civil Action No. 4:18-cv-128 |

**ORDER**

Before the Court is a Joint Stipulation of Dismissal (doc. 295), filed on April 30, 2024 by Plaintiff-Relators Dr. E. Jerry Cohn and Sharon Bell, the United States, the State of Georgia, and Defendants Dr. Abraham Lin, Dr. Stanley Shin, Dr. David Nabert, SJS Family Trust, C3 of Bulloch, Inc., Statesboro Cardiology, P.A., Dr. Leonard Talarico, Pooler Property Holdings, LLC, Dr. Howard Gale, and Dr. Todd Becker, through their undersigned counsel, and *Pro Se* Defendant Dr. Todd Newsom ("these Parties").

In the Joint Stipulation of Dismissal, these Parties provided the following:

On May 29, 2018, Plaintiff-Relators filed this civil action on behalf of the United States and the State of Georgia under the *qui tam* provisions of the federal False

Claims Act ("FCA"), 31 U.S.C. §§ 3729 *et seq.*, and the Georgia False Medicaid Claims Act ("GFMCA"), O.C.G.A. § 49-4-168.1, *et seq.*

On April 29, 2020, the United States and the State of Georgia declined to intervene in this civil action.

On April 29, 2024, Plaintiff-Relators entered into a False Claims Act settlement agreement with Defendants Dr. Abraham Lin, Dr. Stanley Shin, Dr. David Nabert, SJS Family Trust, C3 of Bulloch, Inc., Statesboro Cardiology, P.A., Dr. Leonard Talarico and Pooler Property Holdings, LLC.  On April 29, 2024, Plaintiff-Relators entered into a False Claims Act settlement agreement with Defendants Dr. Howard Gale and Dr. Todd Becker.  On April 18, 2024, Plaintiff-Relators entered into a False Claims Act settlement agreement with Defendant Dr. Todd Newsom.

The United States and the State of Georgia have consented to the False Claims Act settlement agreements and, accordingly, to the dismissals of the claims against Defendants Dr. Abraham Lin, Dr. Stanley Shin, Dr. David Nabert, SJS Family Trust, C3 of Bulloch, Inc., Statesboro Cardiology, P.A., Dr. Leonard Talarico, Pooler Property Holdings, LLC, Dr. Howard Gale, Dr. Todd Becker, and Dr. Todd Newsom.

For the reasons provided in the Joint Stipulation of Dismissal (doc.295), these Parties' request is GRANTED, and the Joint Stipulation of Dismissal is HEREBY CONSENTED TO, ORDERED AND APPROVED.  It is FURTHER ORDERED that

this dismissal is with prejudice as to the Relators and without prejudice as to the United States and the State of Georgia as to all claims in this action against Defendants Dr. Abraham Lin, Dr. Stanley Shin, Dr. David Nabert, SJS Family Trust, C3 of Bulloch, Inc., Statesboro Cardiology, P.A., Dr. Leonard Talarico, Pooler Property Holdings, LLC, Dr. Howard Gale, Dr. Todd Becker and Dr. Todd Newsom.[1]

**SO ORDERED**, this 13th day of May, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Order prepared by:

James D. Durham
Griffin Durham Tanner & Clarkson LLC
*Attorneys for Plaintiffs-Relators*

Order consented to by:

Bradford C. Patrick
Assistant United States Attorney
Southern District of Georgia
*Attorneys for Pl United States of America*

---

[1] This ORDER applies only to those parties that filed the Joint Stipulation of Dismissal (doc. 295), as Plaintiff-Relators continue to pursue their claims against the remaining named Defendants: Genesis Global Healthcare, LLC, Genesis Healthcare Management, LLC, Genesis Vascular, LLC, James O'Dare, Barbara O'Dare and Donald Geer.

James Philip Mooney
Assistant Attorney General
Georgia Medicaid Fraud Control Unit
*Attorneys for Pl State of Georgia*

Edgar D. Bueno
Nelson Mullins
*Attorney for Defs Dr. Abraham Lin, Dr. Stanley Shin, Dr. David Nabert, SJS Family Trust, C3 of Bulloch, Inc., Statesboro Cardiology, P.A., Dr. Leonard Talarico and Pooler Property Holdings, LLC*

Kristen W. Goodman
Hall, Arbery, Gilligan, Roberts & Shaulever, LLP
*Attorneys for Defendant Drs. Howard Gale and Todd Becker*

Dr. Todd Newsom
*Pro Se* Defendant