# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) *ex rel.* E. JERRY COHN, JR., M.D. ) and SHARON BELL, ) ) STATE OF GEORGIA, *ex rel.* ) E. JERRY COHN, JR., M.D. ) and SHARON BELL, ) )     Plaintiffs, ) ) v. ) ) GENESIS GLOBAL ) HEALTHCARE, *et al.*, ) )     Defendants. ) | CV418-128 |

## ORDER

Plaintiff-Relators have notified the Court that their Motion for Sanctions against Defendant Todd Newsom, doc. 276, "is moot and that they do not require resolution of said motion." Doc. 300 at 2. The Motion is, therefore, **DISMISSED AS MOOT**. Doc. 276.

**SO ORDERED,** this 15th day of May, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

1