# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* E. JERRY COHN, JR., M.D. <br> and SHARON BELL, <br><br> STATE OF GEORGIA, *ex rel.* <br> E. JERRY COHN, JR., M.D. <br> and SHARON BELL, <br><br> Plaintiffs, <br><br> v. <br><br> GENESIS GLOBAL HEALTHCARE, <br> GENESIS HEALTHCARE <br> MANAGEMENT, LLC, GENESIS <br> VASCULAR, LLC, JAMES O'DARE, <br> BARBARA O'DARE, and <br> DONALD GEER, <br><br> Defendants. | CV418-128 |

## ORDER

The parties' Joint Status Report is due September 30, 2024. Doc. 278 at 3. For statistical purposes only, this case is **STAYED** pending the forthcoming Joint Status Report. The parties are not precluded from continuing to litigate this case, including engaging in motions practice, during this brief administrative stay, although the Court notes that the only scheduling order deadline that has not yet expired—other than the

deadline for the Joint Status Report—is the deadline for filing Civil Motions on November 1, 2024. The Clerk is **DIRECTED** to lift the stay on October 4, 2024.

    **SO ORDERED,** this 26th day of September, 2024.

                                       _____
                                       CHRISTOPHER L. RAY
                                       UNITED STATES MAGISTRATE JUDGE
                                       SOUTHERN DISTRICT OF GEORGIA